IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JONATHAN B. McCORD,

    Petitioner,

v.

ROBERT HUMPHREYS, Warden,
Kettle Moraine Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

10-cv-579-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent Robert Humphreys dismissing petitioner Jonathan B. McCord's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 with prejudice for his failure to show that he is in custody in violation of the Constitution or laws of the United States.

_____      11-23-10
Peter Oppeneer, Clerk of Court               Date